IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUSTIN WALKER, <br> AIS #266108, <br>     Plaintiff, <br> v. <br> KARLA JONES, *et al.*, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) )   CASE NO.: 2:16-CV-528-WKW |

## **ORDER**

On August 2, 2016, the Magistrate Judge entered a Recommendation (Doc. #20) addressing Plaintiff's Motion for Emergency Injunction. (Doc. #7). Plaintiff's motion for Emergency Injunction seeks relief identical to that sought in the Motion for Preliminary Injunction. (Doc. # 1). As the Magistrate Judge stated in the Recommendation, Plaintiff's request for injunctive relief is moot. No timely objections to the Recommendation have been filed.

After an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1.   The Recommendation of the Magistrate Judge (Doc. # 20) is ADOPTED;

2.   Plaintiff's Motion for Preliminary Injunction (Doc. # 1) and Motion for Emergency Injunction (Doc. # 7) are DENIED; and

3. This civil action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 16th day of September, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE