IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUSTIN WALKER, # 266108, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-528-WKW |
| ) | [WO] |
| KARLA JONES and JEFFERSON ) | |
| S. DUNN, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On August 4, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 30.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED. Accordingly, it is ORDERED that this action is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 25th day of September, 2017.

                                            /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE